# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 8, 2012

144979

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

SC: 144979
COA: 302293
Jackson CC: 09-005862-FC

DEVON DECARLOS GLENN, JR.,
      Defendant-Appellee.
_____/

On order of the Court, the application for leave to appeal the February 28, 2012 judgment of the Court of Appeals is considered, and it is GRANTED. The parties shall address whether the trial court erroneously assessed 50 points for offense variable 7 (OV 7), MCL 777.37(1)(a), for committing assaultive acts beyond those necessary to commit the offense.

The Criminal Defense Attorneys of Michigan and the Prosecuting Attorneys Association of Michigan are invited to file briefs amicus curiae. Other persons or groups interested in the determination of the issues presented in this case may move the Court for permission to file briefs amicus curiae.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 8, 2012

_____
Clerk

p0605